69,291-01   Granted PC in part w/order 6/26/15



**BRAD HART**

JUDGE, 230TH DISTRICT COURT
1201 FRANKLIN
HOUSTON, TEXAS 77002
(713) 755-6782

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 20??

Abel Acosta, Clerk

To the Honorable Court of Criminal Appeals

RE: Extension of time on Calvin Hunter No. WR-968719-A

Applicant, Calvin Hunter, was convicted of capital murder on July 28, 2004. Whether applicant was intellectually disabled was litigated before the jury during the punishment phase of the trial. The State's only expert, Dr. George Denkowski, provided his expert opinion that applicant was not intellectually disabled. Dr. Denkowski was subsequently discredited and is now prohibited from providing expert testimony in Texas death penalty cases.

Applicant filed a writ of habeas corpus alleging, among other things, that the jury's reliance on Dr. Denkowski's false testimony violated his right to be free from cruel and unusual punishment under the Eighth Amendment, and his right to Due Process under the Fourteenth Amendment. This Court agreed and recommended that relief be granted.

On April 22, 2015, the Court of Criminal Appeals remanded the case back and requested that further fact-finding be conducted to determine whether applicant suffered from significant adaptive deficits. In order to provide the Court of Criminal Appeals a comprehensive review of the factual issues and a recommendation regarding relief, I am requesting additional time to submit findings of fact and conclusions of law.

After conferring with counsel, this Court respectfully requests the Court of Criminal Appeals extend the time regarding the requested factual matters for a total of 150 days from the date of the Court of Criminal Appeals' order.

Respectfully,

Judge Brad Hart
230th District Court, Harris County